# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDURA SYSTEMS, INC., a California corporation, | CASE NO. 3:14-cv-1255 NC |
| Plaintiff, | **STIPULATION AND ~~[PROPOSED]~~ ORDER SELECTING ADR PROCESS** |
| vs. | |
| ISAAC SEOANE, an individual, | |
| Defendant. | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐   Non-binding Arbitration (ADR L.R. 4)
☐   Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☐   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☒   Private ADR *(please identify process and provider)*  The Parties are meeting and conferring regarding the process and provider.

The parties agree to hold the ADR session by:
☒   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☐   other requested deadline _____.

Dated: May 28, 2014                    PERKINS COIE, LLP

                                        _____/s/ Brock S. Weber_____
                                        Attorneys for Plaintiff Indura Systems, Inc.
                                        Brian P. Hennessey
                                        J. Patrick Corrigan
                                        Brock S. Weber

Dated: May 28, 2014                    LEWIS BRISBOIS BISGAARD & SMITH LLP

                                       _____/s/ _Hilary Dinkelspiel_____
                                       Attorneys for Defendant Isaac Seoane
                                       Lisa Sween
                                       Hilary Dinkelspiel


[PROPOSED] ORDER


    ☒    The parties' stipulation is adopted and IT IS SO ORDERED.

    ☐    The parties' stipulation is modified as follows, and IT IS SO ORDERED.


Dated: ___June 13_____, 2014     _____
                                 UNITED STATES DISTRICT COURT JUDGE