1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   LISA BARNETT SWEEN, SBN 191155
2      E-Mail: Lisa.Sween@lewisbrisbois.com
   HILARY DINKELSPIEL, SBN 258855
3      E-Mail: Hilary.Dinkelspiel@lewisbrisbois.com
   333 Bush Street, Suite 1100
4  San Francisco, California 94104-2872
   Telephone: 415.362.2580
5  Facsimile: 415.434.0882

6  Attorneys for Defendant
   ISAAC SEOANE
7

8
                    UNITED STATES DISTRICT COURT
9
         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
10

11

12  INDURA SYSTEMS INC,                CASE NO. CV 14-01255 MMC

13              Plaintiff,             **STIPULATION AND ORDER TO EXTEND THE MEDIATION DEADLINE**

14      vs.

15  ISAAC SEOANE,

16              Defendant.             Trial Date:      March 7, 2016

17

18        WHEREAS, counsel for Plaintiff INDURA SYSTEMS INC. ("Indura") and counsel for

19  Defendant ISAAC SEOANE ("Seoane") (collectively referred to as the "Parties") have agreed to

20  extend the mediation deadline for forty-five (45) days from the previously set mediation deadline of

21  September 11, 2014, pursuant to the Court's June 13, 2014 Stipulation and Order Selecting ADR

22  Process. The Parties agree to a new mediation deadline of October 24, 2014;

23        WHEREAS, the Parties have not previously requested an extension of the mediation deadline;

24        NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto

25  through their respective attorneys of record as follows:

26  / / /

27  / / /

28  / / /

1     The Parties stipulate to extend the current mediation deadline from September 11, 2014 to October 24, 2014.

    IT IS SO STIPULATED.

Dated:  September 4, 2014        PERKINS COIE, LLP

By  */s/ Brock S. Weber*
    Brock S. Weber
    Attorneys for Plaintiff
    INDURA SYSTEMS, INC.

Dated: September  4, 2014        LEWIS, BRISBOIS, BISGAARD & SMITH LLP

By  */s/ Hilary A. Dinkelspiel*
    Hilary A. Dinkelspiel
    Attorneys for Defendant
    ISAAC SEOANE

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

    I, Hilary A. Dinkelspiel, attest that concurrence in the filing of this document has been obtained from each of the other signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 4, 2014, in San Francisco, California.

        By  */s/   Hilary A. Dinkelspiel*
            Hilary A. Dinkelspiel

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

**ORDER**

2

3   PURSUANT TO THE PARTIES STIPULATION, IT IS HEREBY ORDERED that the current mediation deadline of September 11, 2014 is extended to October 24, 2014.

4

5   IT IS SO ORDERED.

DATED:  September  5 , 2014

6

7

8   _____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4844-2795-3693.1                                3                              CV 14-01255 MMC
STIPULATION AND ORDER TO EXTEND THE MEDIATION DEADLINE