**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JONATHAN MARTIN, SBN 188744
   E-Mail: Jonathan.Martin@lewisbrisbois.com
HILARY DINKELSPIEL, SBN 258855
   E-Mail: Hilary.Dinkelspiel@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant
ISAAC SEOANE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| INDURA SYSTEMS INC, <br><br> Plaintiff, <br><br> vs. <br><br> ISAAC SEOANE, <br><br> Defendant. | CASE NO. CV 14-01255 MMC <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND THE MEDIATION DEADLINE** <br><br><br> Trial Date:   March 7, 2016 |

WHEREAS, counsel for Plaintiff INDURA SYSTEMS INC. ("Indura") and counsel for Defendant ISAAC SEOANE ("Seoane") (collectively referred to as the "Parties") have agreed to extend the mediation deadline for three months from the previously set mediation deadline of October 24, 2014, pursuant to the Court's June 13, 2014 Stipulation and Order Selecting ADR Process and the Court's Order on September 5, 2014 (Dkt. No. 29). Under this requested extension, the Parties agree to a new mediation deadline of January 23, 2015;

WHEREAS, the Parties' stipulation to, and request for, this new deadline is supported by good cause because such an extension is necessary in light of the limited availability of the agreed-upon set of mediators in the next three months;

/ / /

/ / /

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record as follows:

The Parties stipulate to extend the current mediation deadline from October 24, 2014 to January 23, 2015.

IT IS SO STIPULATED.

Dated: October 24, 2014            PERKINS COIE, LLP

By     /s/ Brock S. Weber
Brock S. Weber
Attorneys for Plaintiff
INDURA SYSTEMS, INC.

Dated: October 24, 2014            LEWIS, BRISBOIS, BISGAARD & SMITH LLP

By     /s/ Hilary A. Dinkelspiel
Hilary A. Dinkelspiel
Attorneys for Defendant
ISAAC SEOANE

### ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Hilary A. Dinkelspiel, attest that concurrence in the filing of this document has been obtained from each of the other signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 24, 2014, in New York, NY.

By     /s/ *Hilary A. Dinkelspiel*
Hilary A. Dinkelspiel

/ / /
/ / /
/ / /
/ / /

**ORDER**

PURSUANT TO THE PARTIES STIPULATION, IT IS HEREBY ORDERED that the current mediation deadline of October 24, 2014 is extended to January 23, 2015.

IT IS SO ORDERED.

DATED: October  27, 2014



HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE