IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDURA SYSTEMS, INC., <br><br> Plaintiff, <br> v. <br><br> ISAAC SEOANE, <br><br> Defendant. _____/ | No. C 14-1255 MMC <br><br> **ORDER VACATING HEARING; GRANTING LEWIS BRISBOIS BISGAARD & SMITH LLP'S MOTION TO WITHDRAW AS COUNSEL; DIRECTIONS TO CLERK; DIRECTIONS TO PARTIES** |

    Before the Court is Lewis Brisbois Bisgaard & Smith LLP'S ("LBBS") Motion to Withdraw as Counsel, filed December 10, 2014, by which motion LBBS seeks to be relieved as counsel of record for defendant Isaac Seoane ("Seoane"). Neither Seoane nor plaintiff Indura Systems, Inc. ("Indura") has filed a response thereto. Having read and considered the papers filed in support of the motion, the Court deems the matter suitable for decision thereon, VACATES the hearing scheduled for January 16, 2015 and, good cause appearing, hereby GRANTS the motion.

    In light of the Court's having granted the instant motion, Seoane now proceeds pro se, and, accordingly, the Clerk is hereby DIRECTED to amend the docket to include the following contact information for Seoane:

                Isaac Seoane
                13120 Southwest 92nd Avenue, Unit 418
                Miami, FL 33176

    Indura is hereby DIRECTED to continue to electronically file all documents.

Additionally, Indura is hereby DIRECTED to serve on Seoane at the above-stated address, either by mail or by personal delivery, all documents Indura files.

Seoane is hereby DIRECTED to submit all documents for filing in paper form, specifically by mailing or otherwise delivering to the Clerk of the District Court, 450 Golden Gate Avenue, 16th Floor, San Francisco CA 94102, an original document along with a chambers copy of any original document, such copy clearly marked "Chambers Copy." Additionally, Seoane is hereby DIRECTED to serve counsel for Indura with a copy of any document he files with the Clerk, and to file proof of such service. See Civil L.R. 5-5(a).[1]

**IT IS SO ORDERED.**

Dated: January 5, 2015

MAXINE M. CHESNEY
United States District Judge

---

[1] Seoane is hereby ADVISED to obtain from the Clerk of the Court a copy of the Civil Local Rules for the Northern District of California. Alternatively, the Civil Local Rules are available on the District Court's website, specifically, http://www.cand.uscourts.gov.