1
2
3
4
5
6

**PERKINS COIE** LLP
BRIAN P. HENNESSY (No. 226721)
bhennessy@perkinscoie.com
J. PATRICK CORRIGAN (No. 240859)
pcorrigan@perkinscoie.com
BROCK S. WEBER (No. 261383)
bweber@perkinscoie.com
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:  650.838.4300
Facsimile:  650.838.4350

7
8

Attorneys for Plaintiff
INDURA SYSTEMS, INC.

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11
12
13
14
15

INDURA SYSTEMS, INC.,

      Plaintiff,

    v.

Isaac SEOANE,

      Defendant.

Case No. 3:14-CV-01255-MMC

**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE MEDIATION DEADLINE**

Trial Date:  March 7, 2016

16
17
18
19
20
21
22

      WHEREAS, counsel for Plaintiff INDURA SYSTEMS INC. and Defendant Isaac SEOANE, proceeding *pro se*, (collectively referred to as the "Parties") have agreed to extend the mediation deadline for three months from the previously set mediation deadline of January 23, 2015, pursuant to the Court's June 13, 2014 Stipulation and Order Selecting ADR Process and the Court's Order on October 27, 2014 (Dkt. No. 31).  Under this requested extension, the Parties agree to a new mediation deadline of March 23, 2015;

23
24
25

      WHEREAS, the Parties' stipulation to, and request for, this new deadline is supported by good cause because such an extension is necessary in light of the withdrawal of Defendant Seoane's counsel (*see* Dkt. No. 38) and attendant mediation scheduling issues;

26

/ / /

27

/ / /

28

/ / /

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto as follows:

The Parties stipulate to extend the current mediation deadline from January 23, 2015 to March 23, 2015.

IT IS SO STIPULATED.

Dated:  January 22, 2015                PERKINS COIE, LLP


By _____*/s/ Brian P. Hennessy*_____
    Brian P. Hennessy
    Attorneys for Plaintiff
    INDURA SYSTEMS, INC.


Dated:  January 22, 2015                DEFENDANT ISAAC SEOANE


By _____*/s/ Isaac Seoane*_____
    Defendant ISAAC SEOANE, *pro se*


### ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Brian P. Hennessy, attest that concurrence in the filing of this document has been obtained from each of the other signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 22, 2015, in Palo Alto, California.

By_____*/s/*_____Brian P. Hennessy_____
    Brian P. Hennessy


/ / /

/ / /

/ / /

/ / /

**ORDER**

     PURSUANT TO THE PARTIES STIPULATION, IT IS HEREBY ORDERED that the current mediation deadline of January 23, 2015 is extended to March 23, 2015.

     IT IS SO ORDERED.

DATED:  January 23, 2015

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

STIPULATION TO EXTEND MEDIATION
Case No. 3:14-CV-01255-MMC