**PERKINS COIE LLP**
BRIAN P. HENNESSY (No. 226721)
bhennessy@perkinscoie.com
J. PATRICK CORRIGAN (No. 240859)
pcorrigan@perkinscoie.com
BROCK S. WEBER (No. 261383)
bweber@perkinscoie.com
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:  650.838.4300
Facsimile:  650.838.4350

Attorneys for Plaintiff
INDURA SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| INDURA SYSTEMS, INC., | Case No. 3:14-CV-01255-MMC |
|---|---|
| Plaintiff, | **STIPULATED INJUNCTION** AND JUDGMENT BY STIPULATION |
| v. | |
| Isaac SEOANE, | |
| Defendant. | |

Plaintiff Indura Systems, Inc. ("Indura") and Defendant Isaac Seoane ("Seoane") stipulate to permanent injunctive relief in favor of Indura as set forth below.  This Stipulated Injunction arises out of a settlement agreement entered into by the parties (the "Settlement Agreement"). The terms of the Settlement Agreement are incorporated herein by reference in their entirety. This Stipulated Injunction does not alter or supersede the obligations of any parties to that Settlement Agreement.

Indura and Seoane hereby stipulates as follows:

1. Seoane consents to this Court's jurisdiction over the subject matter at issue in this action.

2. Seoane consents to this Court's personal jurisdiction over him for the purposes of entry and enforcement of this Stipulated Injunction and enforcement of the Settlement Agreement.

3. Seoane consents that he and all entities (now or in the future) under his ownership, supervision or control, and all successors, assigns, employees, representatives, agents and all persons or entities acting in concert or participation with him or any such entities, are immediately and permanently prohibited from:

> (a) Disclosing any information, including but not limited to confidential, proprietary, and/or trade secret information, obtained during, or as a result of, Seoane's employment at Indura to any other person or entity;
>
> (b) Contacting any of Indura's customers for the purpose of soliciting business;
>
> (c) Assisting any other person or entity in contacting any of Indura's customers for the purpose of soliciting business;
>
> (d) Providing any other person or entity with information regarding Indura's customers, including but not limited to contact information; and
>
> (e) Breaching any of the provisions of the Employment and Non-Disclosure Agreement entered into between Indura and Seoane.

4. Indura and Seoane agree and stipulate that this Stipulated Injunction is final and may not be appealed by either party.

Dated: March 25, 2015

PERKINS COIE, LLP

By _____
Brian P. Hennessy
Attorneys for Plaintiff
INDURA SYSTEMS, INC.

Dated: March 17, 2015

DEFENDANT ISAAC SEOANE

By _____
Defendant ISAAC SEOANE, pro se

**JUDGMENT BY STIPULATION**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  March 31, 2015

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE